**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____     **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to
identify the debtor's account:                    ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

❑  No

❑  Yes.  Date of the last notice: ____/____/_____

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | _____ | (10) | $ _____ |
| 11. Other.  Specify:_____ | _____ | (11) | $ _____ |
| 12. Other.  Specify:_____ | _____ | (12) | $ _____ |
| 13. Other.  Specify:_____ | _____ | (13) | $ _____ |
| 14. Other.  Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  _____     Case number (*if known*) _____
  First Name        Middle Name         Last Name

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑  I am the creditor.

❑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Melissa A Ep*_____     Date  ____/____/_____
  Signature

Print:    _____     Title  _____
          First Name          Middle Name        Last Name

Company   _____

Address   _____
          Number            Street

          _____
          City                       State        ZIP Code

Contact phone  (_____) _____–_____     Email _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


In Re:
Mouhammed K Jabbie

Chapter 13
Case No.  24-11770
Honorable Derek J Baker

Debtor

_____/

## CERTIFICATE OF SERVICE

I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that July 28, 2026 I caused to be served a copy of the Notice of Post-petition Mortgage Fees, Expenses, and Charges on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this 28th day of July 2026.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
Reading, PA 19605
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Mouhammed K Jabbie
527 Rose St
Lansdowne, PA 19050

VIA ECF
Kenneth E West
190 N Independence Mall W Ste 701
Philadelphia, PA 19106

Brad J Sadek
Brad@sadeklaw.com